IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIMMY TORRES<br><br>　　　　　Plaintiff,<br>vs.<br><br>THRIFTY RENT-A-CAR SYSTEM, INC., ET AL,<br>　　　　　Defendants. | Civil Action No.<br><br>5:12-cv-01108-LS |

## REQUEST TO ENTER DEFAULT

Kindly enter the default of Cross Claim Defendant, National Bureau Collection Corporation, for failure to plead or otherwise defend as provided by Federal Rule of Civil Procedure 55(a), as appears from the Affidavit of Ronald M. Metcho, Esquire, attached hereto.

　　　　　　　　　　　　　　　　MARSHALL, DENNEHEY, WARNER,
　　　　　　　　　　　　　　　　COLEMAN & GOGGIN, P.C.

　　　　　　　　By:　_____
　　　　　　　　　　　　RONALD M. METCHO, ESQUIRE
　　　　　　　　　　　　2000 Market Street, Suite 2300
　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　(215) 575-2765 / (215) 575-0856 (f)
　　　　　　　　　　　　rmmetcho@mdwcg.com
　　　　　　　　　　　　Attorneys for Defendants and Cross Claim
　　　　　　　　　　　　Plaintiffs, Thrifty Rent-A-Car, Inc. and
　　　　　　　　　　　　Ride Share Systems, LLC

Dated: January 2, 2013

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIMMY TORRES<br><br>　　　　　Plaintiff,<br>vs.<br><br>THRIFTY RENT-A-CAR SYSTEM, INC., ET AL,<br>　　　　　Defendants. | Civil Action No.<br><br>5:12-cv-01108-LS |

## AFFIDAVIT FOR ENTRY OF DEFAULT BY CLERK

I, Ronald M. Metcho, being duly sworn, depose and state that I am the attorney for Defendants and Cross Claim Plaintiffs, Thrifty Rent-A-Car, Inc. and Ride Share Systems, LLC in the above captioned matter; that Thrifty Rent-A-Car, Inc. and Ride Share Systems, LLC's Answer with Cross Claim in this action was served on counsel for Cross Claim Defendant, National Bureau Collection Corporation by certified mail, postage prepaid, on October 25, 2012, as confirmed by the Affidavit of Service attached hereto; that the time within which Cross Claim Defendant, National Bureau Collection Corporation, may answer or otherwise move as to the Cross Claim has expired; that Cross Claim Defendant, National Bureau Collection Corporation has not answered or otherwise moved and that time for Cross Claim Defendant, National Bureau Collection Corporation, to answer or otherwise move has not been extended.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　RONALD M. METCHO

Sworn to and subscribed before me
this 2nd day of January, 2013

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
ELLEN A. CONLY, Notary Public
City of Philadelphia, Phila. County
My Commission Expires October 11, 2016

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIMMY TORRES<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THRIFTY RENT-A-CAR SYSTEM, INC., ET AL,<br>　　　　　Defendants. | Civil Action No.<br><br>5:12-cv-01108-LS |

## CERTIFICATE OF SERVICE

I, Ronald M. Metcho, Esquire, certify that a true and correct copy of the foregoing Request for Default was served on the below listed counsel by ECF and first class mail, postage pre-paid on January 2, 2013;

Gregory J. Gorski, Esquire
Mark D. Mailman, Esquire
Francis & Mailman, P.C.
100 South Broad Street, 19th Floor
Philadelphia, PA 19110
Attorneys for Plaintiff
Jimmy Torres

Perri E. Frosch, Esquire
63 Black Alder Lane
Wilton, CT 06896
Attorney for Defendant and
Cross Claim Defendant
National Bureau Collection Corporation

Joann Needleman, Esquire
Shannon P. Miller, Esquire
Maurice & Needleman, P.C.
935 One Penn Center
1617 John F. Kennedy Blvd.
Philadelphia, PA 19103
Attorneys for Defendant
Traf Group, Inc.

　　　　　　　　　　　　　MARSHALL, DENNEHEY, WARNER,
　　　　　　　　　　　　　COLEMAN & GOGGIN, P.C.

By: _____
　　　RONALD M. METCHO, ESQUIRE
　　　Attorneys for Defendants and Cross Claim
　　　Plaintiffs, Thrifty Rent-A-Car, Inc. and
　　　Ride Share Systems, LLC